# BECA

### Brevard Electronic Court Application

---

Case Number: 05-2020-CA-037957-XXXX-XX

Case Type: PLC

Date Filed: 08/10/2020

Case Status: ORIGINAL PENDING

Status Date: 08/10/2020

Judge: DAVID DUGAN

Jurisdiction: CENTRAL

Charging Agency: NONE

---

### Participants

| Type | Name | DL Number | Race | Gender | DOB | Address 1 | Address 2 | City State Zip |
|------|------|-----------|------|--------|-----|-----------|-----------|----------------|
| DEFENDANT (1) | SMITH BRIAN | | | | | 2700 CLEARLAKE RD | POE - WAL-MART SUPERCENTER | COCOA, FL 32922-5716 |
| DEFENDANT (2) | WAL-MART STORES EAST LP | | | | | CT CORPORATION SYSTEM | 1200 S PINE ISLAND RD | PLANTATION, FL 33324-4413 |
| PLAINTIFF (1) | RENFRO LAURA | | | | | NO ADDRESS INFORMATION AVAILABLE | | |
| ATTORNEY FOR: P1 | COMBS EDWARD C J | | | | | 940 S HARBOR CITY BLVD | | MELBOURNE, FL 32901-1909 |

### Register of Actions

| Event Date | Document Number | Description | Page Count | Amount |
|------------|-----------------|-------------|------------|--------|
| 08/10/2020 | 1 | COVER SHEET | 2 | |
| 08/10/2020 | 2 | COMPLAINT WITH DEMAND FOR JURY TRIAL | 7 | |
| 08/10/2020 | | PROPOSED SUMMONS TO BE ISSUED | 4 | |
| 08/10/2020 | | PROPOSED SUMMONS TO BE ISSUED | 4 | |
| 08/10/2020 | | ASM: CIRCUIT CIVIL FILING FEE | | 401.00 |
| 08/10/2020 | | ASM: ISSUE CIRCUIT SUMMONS | | 20.00 |
| 08/10/2020 | | ORIGINAL FILING UPDATED | | |
| 08/11/2020 | 3 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 4 | |
| 08/11/2020 | 4 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 4 | |
| 09/11/2020 | 5 | RETURN OR PROOF OF SERVICE | 1 | |
| | | **Total Number of Document Pages** | **26** | |

### Complaints

| Complaint Date | Cause of Action | Disposition Date | Disposition Description |
|----------------|-----------------|------------------|------------------------|
| 08/10/2020 | PREMISES LIABILITY COMMERCIAL | | |

### Financials

| Name | Receivable | Amount Assessed | Amount Waived | Amount Paid | Due Date | Balance |
|------|------------|-----------------|---------------|-------------|----------|---------|
| RENFRO LAURA | CIR CIV FILING FEE | $401.00 | $0.00 | $401.00 | | $0.00 |
| RENFRO LAURA | ISSUE CIR SUMMONS | $20.00 | $0.00 | $20.00 | | $0.00 |
| **TOTALS:** | | **$421.00** | **$0.00** | **$421.00** | | **$0.00** |
| **TOTAL AMOUNT ELIGIBLE FOR A CIVIL LIEN:** | | | | | | **$0.00** |

### Payments

| Receipt | Party | Memo | Event Description | Receipt Date | Amount | Payment Type | Received From |
|---------|-------|------|-------------------|--------------|--------|--------------|---------------|
| S175837 | P 1 | | PMT: CIRCUIT CIVIL FILING FEE | 08/12/2020 | $401.00 | REGULAR CASH | EDWARD C COMBS JR |
| S175837 | P 1 | | PMT: ISSUE CIRCUIT SUMMONS | 08/12/2020 | $20.00 | REGULAR CASH | EDWARD C |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | COMBS JR |

**Judge History**

| Date Assigned | Case Type | Judge | Description |
|---|---|---|---|
| 08/10/2020 | PREMISES LIABILITY COMMERCIAL | DAVID DUGAN | INITIAL ASSIGNMENT |

## AFFIDAVIT OF SERVICE

| Case: 05-2020-CA-037957-XXXX-XX | Court: IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA | County: Brevard | Job: 4817661 (9604993 ) |
|---|---|---|---|
| Plaintiff / Petitioner: LAURA RENFRO | | Defendant / Respondent: BRIAN SMITH and WAL-MART STORES EAST, LP | |
| Received by: Legalis International | | For: Morgan & Morgan | |
| To be served upon: WAL-MART STORES, EAST, LP c/o CT Corporation System (As Registered Agent) | | | |

I, UGOCHUKWU NWABUEZE, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Donna Moch, 1200 South Pine Island Road Plantation, FL 33324

Manner of Service:   Corporation, Aug 28, 2020, 9:40 am EDT

Documents:   SUMMONS; COMPLAINT

Additional Comments:
Successful Attempt: Aug 28, 2020, 9:40 am EDT at 1200 South Pine Island Road Plantation, FL 33324 received by Donna Moch. Age: 53; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'3"; Hair: Brown; Relationship: Manager;

| | |
|---|---|
| UGOCHUKWU NWABUEZE          09.10.2020 | Subscribed and sworn to before me by the affiant who is personally known to me. |
| Date | |
| Legalis International | Notary Public   9-10-20 |
| | Date          Commission Expires |

EVERTON E BAGGOO
MY COMMISSION # GG 036687
EXPIRES: January 5, 2021

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA

CASE NO: 05-2020-CA-037957-XXXX-XX

LAURA RENFRO,

      **Plaintiff,**

vs.

BRIAN SMITH and WAL-MART
STORES EAST, LP,

      **Defendants.**

_____ /

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, Interrogatories, Request for Production and Request for Admissions in the above-styled cause upon the Defendant:

**WAL-MART STORES, EAST, LP**
**c/o CT Corporation System (As Registered Agent)**
**1200 South Pine Island Road**
**Plantation, FL 33324**

      Each Defendant is hereby required to serve written defenses to said Complaint or Petition on MICHAEL D. PEACOCK, ESQ., **Morgan & Morgan, P.A.,** 940 S. Harbor City Boulevard, Melbourne, FL 32901, Telephone: (321) 802-5038, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

1

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the ADA Coordinator, Human Resources, **BREVARD COUNTY COURTHOUSE, 2825 JUDGE FRAN JAMIESON WAY, VIERA 32940, (321) 633-2171**, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

WITNESS my hand and the seal of this Court on this the ___11th___ day of ___August_____, 2020.

Clerk of the Circuit Court

By_____
As Deputy Clerk

2

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandate o Abogado del Demanadante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o Voice (V) 1-800-955-8770, via Florida Relay Service.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez

3

telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities".  Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou Telefono (TDD) 1-800-955-8771 ou Voice (V) 1-800-955-8770, via Florida Relay Service."

**MORGAN & MORGAN, P.A.**
**940 S. HARBOR CITY BOULEVARD**
**MELBOURNE, FLORIDA 32901**

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR BREVARD COUNTY, FLORIDA**

**CASE NO:**   05-2020-CA-037957-XXXX-XX

**LAURA RENFRO,**

     **Plaintiff,**

**vs.**

**BRIAN SMITH and WAL-MART
STORES EAST, LP,**

     **Defendants.**

_____  /

**SUMMONS**

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

     YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, Interrogatories, Request for Production and Request for Admissions in the above-styled cause upon the Defendant:

**BRIAN SMITH
WAL-MART SUPERCENTER
2700 Clearlake Road
Cocoa, FL  32922**

     Each Defendant is hereby required to serve written defenses to said Complaint or Petition on MICHAEL D. PEACOCK, ESQ., **Morgan & Morgan, P.A.,** 940 S. Harbor City Boulevard, Melbourne, Florida 32901, Telephone: (321) 802-5038, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter.  If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

# REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

1

     If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the ADA Coordinator, Human Resources, **BREVARD COUNTY COURTHOUSE, 2825 JUDGE FRAN JAMIESON WAY, VIERA 32940, (321) 633-2171**, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

     WITNESS my hand and the seal of this Court on this the ___11th___ day of ___August_____, 2020.

Clerk of the Circuit Court

By_____

As Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandate o Abogado del Demanadante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o Voice (V) 1-800-955-8770, via Florida Relay Service.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez

3

telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities".  Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou Telefono (TDD) 1-800-955-8771 ou Voice (V) 1-800-955-8770, via Florida Relay Service."

**MORGAN & MORGAN, P.A.**
**940 S. HARBOR CITY BOULEVARD**
**MELBOURNE, FLORIDA 32901**

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR BREVARD COUNTY, FLORIDA**

**CASE NO:**

LAURA RENFRO,

     **Plaintiff,**

vs.

BRIAN SMITH and WAL-MART
STORES EAST, LP,

     **Defendants.**

_____ /

**<u>SUMMONS</u>**

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, Interrogatories, Request for Production and Request for Admissions in the above-styled cause upon the Defendant:

**WAL-MART STORES, EAST, LP**
**c/o CT Corporation System (As Registered Agent)**
**1200 South Pine Island Road**
**Plantation, FL 33324**

    Each Defendant is hereby required to serve written defenses to said Complaint or Petition on MICHAEL D. PEACOCK, ESQ., **Morgan & Morgan, P.A.,** 940 S. Harbor City Boulevard, Melbourne, FL 32901, Telephone: (321) 802-5038, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

# <u>REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES</u>

1

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.   Please contact the ADA Coordinator, Human Resources, **BREVARD COUNTY COURTHOUSE, 2825 JUDGE FRAN JAMIESON WAY, VIERA 32940, (321) 633-2171**, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

WITNESS my hand and the seal of this Court on this the _____ day of _____, 2020.

Clerk of the Circuit Court


By_____
As Deputy Clerk

2

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandate o Abogado del Demanadante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o Voice (V) 1-800-955-8770, via Florida Relay Service.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez

3

telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities".  Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou Telefono (TDD) 1-800-955-8771 ou Voice (V) 1-800-955-8770, via Florida Relay Service."

**MORGAN & MORGAN, P.A.**
**940 S. HARBOR CITY BOULEVARD**
**MELBOURNE, FLORIDA 32901**

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA

### CASE NO:

LAURA RENFRO,

      **Plaintiff,**

vs.

BRIAN SMITH and WAL-MART
STORES EAST, LP,

      **Defendants.**

_____ /

### SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, Interrogatories, Request for Production and Request for Admissions in the above-styled cause upon the Defendant:

**BRIAN SMITH**
**WAL-MART SUPERCENTER**
**2700 Clearlake Road**
**Cocoa, FL 32922**

    Each Defendant is hereby required to serve written defenses to said Complaint or Petition on MICHAEL D. PEACOCK, ESQ., **Morgan & Morgan, P.A.,** 940 S. Harbor City Boulevard, Melbourne, Florida 32901, Telephone: (321) 802-5038, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

1

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the ADA Coordinator, Human Resources, **BREVARD COUNTY COURTHOUSE, 2825 JUDGE FRAN JAMIESON WAY, VIERA 32940, (321) 633-2171**, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

WITNESS my hand and the seal of this Court on this the _____ day of _____, 2020.

Clerk of the Circuit Court

By_____
As Deputy Clerk

2

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demandante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para particpar en estee procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o Voice (V) 1-800-955-8770, via Florida Relay Service.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez

3

telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities".  Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou Telefono (TDD) 1-800-955-8771 ou Voice (V) 1-800-955-8770, via Florida Relay Service."

**MORGAN & MORGAN, P.A.**
**940 S. HARBOR CITY BOULEVARD**
**MELBOURNE, FLORIDA 32901**

4

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR BREVARD COUNTY, FLORIDA**

**CASE NO:**

**LAURA RENFRO,**

      **Plaintiff,**

**vs.**

**BRIAN SMITH and WAL-MART
STORES EAST, LP,**

      **Defendants.**

_____ /

**<u>COMPLAINT</u>**

COMES NOW Plaintiff, LAURA RENFRO, and sues Defendants, BRIAN SMITH and WAL-MART STORES EAST, LP, and alleges:

1.     This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2.     Plaintiff is a natural person residing in Brevard County, Florida.

3.     At all times material to this action, BRIAN SMITH, is a natural person residing in Brevard County, Florida, working as an employee/manager for the Defendant, WAL-MART STORES EAST, LP.

1

4.      At all times material to this action, WAL-MART STORES EAST, LP is a corporation licensed to do business in the State of Florida.

5.      At all times material hereto, Defendant, WAL-MART STORES EAST, LP, was the owner and in possession of that certain business located at 2700 Clearlake Road, Cocoa, Florida, said business being that of a Retail Business, open to the general public, including the Plaintiff herein.

6.      On or about August 25, 2019, Plaintiff visited Defendant's premises located at the above address as a retail customer.

7.      At that time and place, Defendant, BRIAN SMITH, was an employee of the Defendant, WAL-MART STORES EAST, LP, as the manager and was in charge of the daily operations and had the responsibility to ensure that the Defendant's premises are maintained on a daily basis in a clean and safe manner.

## COUNT I
## NEGLIGENCE OF BRIAN SMITH

8.      On or about August 25, 2019, the Defendant, BRIAN SMITH, owed the Plaintiff, LAURA RENFRO, the duty to exercise reasonable care for the safety of the Plaintiff, LAURA RENFRO.

9.      At said time and place, Defendant, BRIAN SMITH, owed a duty of reasonable care to his customers, including Plaintiff, to provide a reasonably safe environment, to inspect and maintain this environment, and to request and authorize repairs to this environment, such that his customers would be protected from reasonably foreseeable injuries.   Furthermore, Plaintiff, alleges that he breached these duties by doing the following:

   a.   Negligently failing to maintain or adequately maintain the bicycle display, thus creating a hazardous condition to members of the public utilizing said display, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

   b.   Negligently failing to inspect or adequately inspect the bicycle display, as specified above, to ascertain whether the display constituted a hazard to

customers utilizing said display, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

c.  Negligently failing to inspect or adequately warn the Plaintiff of the danger of the bicycle display, when Defendant knew or through the exercise of reasonable care should have known that said display was unreasonably dangerous and that Plaintiff was unaware of same;

d.  Negligently failing to properly train his employees in adequately assisting customers who trying to get a bicycle from the display, thus causing unreasonable risk of harm;

e.  Negligently failing to properly train his employees in adequately warning customers of the store's dangerous conditions, such as the bicycle display, through the proper placement of warning signs, and/or failing to properly supervise them in maintaining the same; and

f.  Negligently failing to correct or adequately correct the unreasonably dangerous condition of the floors on Defendant's premises, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

10.    As a result, while Plaintiff was visiting Defendant's business, she was hit with a bicycle that was being removed from the display by a Wal-Mart Stores East, L.P. employee, sustaining injuries as set forth.

11.    As a direct and proximate result of the negligence of Defendant, BRIAN SMITH, Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

## COUNT II
## NEGLIGENCE OF WAL-MART STORES EAST, LP

Plaintiff, LAURA RENFRO, reiterates and realleges Paragraph 1-12 set forth herein.

12.     On or about August 25, 2019, Plaintiff, LAURA RENFRO, visited Defendant's premises located at the above address as a retail customer.

13.     At said time and place, Defendant, WAL-MART STORES EAST, LP, owed a duty of reasonable care to its customers, including Plaintiff, to provide a reasonably safe environment, to inspect and maintain this environment, and to request and authorize repairs to this environment, such that its customers would be protected from reasonably foreseeable injuries. Furthermore, Plaintiff, alleges that Defendant breached these duties by doing the following:

g.      Negligently failing to maintain or adequately maintain the bicycle display, thus creating a danger to members of the public utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

h.      Negligently failing to inspect or adequately inspect the bicycle display and employees tasked with assisting customers, as specified above, to ascertain whether the employee assisting customers and/or bicycle display that patrons were utilizing on said premises constituted a hazardous condition, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

i.      Negligently failing to inspect or adequately warn the Plaintiff of the danger of the employee assisting customers and bicycle display, when Defendant knew or through the exercise of reasonable care should have known that said employee and bicycle display were unreasonably dangerous and that Plaintiff was unaware of same;

j.      Negligently failing to correct and/or adequately correct the unreasonably dangerous condition of the bicycle display on Defendant's premises, when said condition was known to Defendant or had existed for a sufficient

length of time such that Defendant should have known of same had Defendant exercised reasonable care;

k.    Negligently failing to have adequate staff on duty and/or assigned to the task of inspecting the bicycle display for dangerous conditions;

l.    Negligently failing to train and/or inadequately training its employees to assist customers with regard to removing bicycles from the display;

m.    Negligently failing to follow its own corporate policy(ies) regarding the dangerous condition;

n.    Negligently failing to act reasonably under the circumstances;

o.    Negligently engaging in a mode of operations when Defendant knew, or should have known, that said mode of operations would result in dangerous conditions to the general public, including the Plaintiff herein;

p.    Negligently engaging in a routine or regular practice of business that was not the reasonable custom of the community; and

q.    Negligently failing to render aid to the Plaintiff after her injury and/or negligently rendering aid to the Plaintiff after her fall.

r.    As a result, while Plaintiff was visiting Defendant's business, she was hit with a bicycle that was being removed from the display by a Wal-Mart Stores East, L.P. employee, sustaining injuries as set forth.

As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

## COUNT III – VICAROUS LIABILITY OF WAL-MART STORES EAST, L.P.

14.     Plaintiff realleges and incorporates by reference paragraphs 1 through 13, and further states:

15.     Defendant, WAL-MART STORES EAST, L.P. hired employees to assist customers at the above-referenced Defendant location.

16.     On August 25, 2019, one of Defendant's employees negligently removed a bicycle from the Defendant's bicycle display at the above location, hitting the Plaintiff about the head and shoulders with a bicycle.

17.     By virtue of the agency relationship existing between the Defendant, WAL-MART STORES EAST, L.P., and its employees, the Defendant, WAL-MART STORES EAST, L.P., is vicariously liable for the negligent acts of its employees, committed in the course and scope of their employment, duties or agency.

As a result, Plaintiff, LAURA RENFROM, suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, LAURA RENFRO, sues the Defendants, BRIAN SMITH and WAL-MART STORES EAST, LP, for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 10th day of August 2020.

/s/ Edward C. Combs, Jr.
EDWARD C. COMBS, JR., ESQ.
FBN:  0084096
Morgan & Morgan, P.A.
940 S. Harbor City Boulevard
Melbourne, FL 32901
Telephone Phone:  (321) 802-5038
Facsimile: (321) 327-6948
Primary email: ecombs@forthepeople.com
Secondary email:alishaedwards@forthepeople.com

6

_____

Attorneys for Plaintiff

7

Filing # 111533552 E-Filed 08/10/2020 02:01:42 PM

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
## IN AND FOR BREVARD COUNTY, FLORIDA

## CASE NO:

LAURA RENFRO,

     **Plaintiff,**

vs.

BRIAN SMITH and WAL-MART
STORES EAST, LP,

     **Defendants.**

_____ /

## CIVIL COVER SHEET

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), please an "x" in both the main category and subcategory boxes.

| | |
|---|---|
| ☐ Condominium | ☐ Homestead residential foreclosure $0-$50,000 |
| ☐ Contracts and indebtedness | ☐ Homestead residential foreclosure $50,001-$249,999 |
| ☐ Eminent domain | ☐ Homestead residential foreclosure $250,000 or more |
| ☐ Auto negligence | ☐ Nonhomestead residential foreclosure |
| ☐ Negligence-other |     $0-$50,000 |
|    ☐ Business governance | ☐ Nonhomestead residential foreclosure |
|    ☐ Business torts |     $50,001-$249,999 |
|    ☐ Environmental/Toxic tort | ☐ Nonhomestead residential foreclosure |
|    ☐ Third party indemnification |     $250,000 or more |
|    ☐ Construction defect | ☐ Other real property actions $0-$50,000 |
|    ☐ Mass tort | ☐ Other real property actions $50,001-$249,999 |
|    ☐ Negligent security | ☐ Other real property actions $250,000 or more |
|    ☐ Nursing home negligence | ☐ Professional malpractice |
|    **X** Premises liability-commercial |    ☐ Malpractice-business |
|    ☐ Premises liability-residential |    ☐ Malpractice-medical |
| ☐ Products liability |    ☐ Malpractice-other professional |
| ☐ Real property/Mortgage foreclosure | ☐ Other |
|    ☐ Commercial foreclosure $0-$50,000 |    ☐ Antitrust/Trade regulation |
|    ☐ Commercial foreclosure $50,001-$249,999 |    ☐ Business transactions |
|    ☐ Commercial foreclosure $250,000 or more |    ☐ Constitutional challenge-statute or ordinance |
|    ☐ Constitutional challenge-proposed amendment |    ☐ Libel/Slander |
|    ☐ Corporate trusts |    ☐ Shareholder derivative action |
|    ☐ Discrimination-employment or other |    ☐ Securities litigation |
|    ☐ Insurance claims |    ☐ Trade secrets |
|    ☐ Intellectual property |    ☐ Trust litigation |

**REMEDIES SOUGHT** (Check all that apply.)
    X      monetary;
    ☐      nonmonetary declaratory or injunctive relief;
    ☐      punitive

**NUMBER OF CAUSES OF ACTION:[   ]**
    (Specify.)  Complaint for damages
_____

**IS THIS CASE A CLASS ACTION LAWSUIT?**

    ☐       Yes
    X       No

**HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

    X       No
    ☐       Yes.  If "Yes", list all related cases by name, case number, and court.

_____

_____

_____

**IS JURY TRIAL DEMANDED IN COMPLAINT?**

    X       Yes
    ☐       No

_____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

*/s/ Edward C. Combs, Jr.*                  Fla. Bar #0084096

_____

Edward C. Combs, Jr., Esq.                   _August 10, 2020_____

                                           Date